AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

PATRICIA ANN BASCOM,

                 Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                 Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01073-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Attorneys' fees are awarded to the Plaintiff in the amount of $637.50.

12/8/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk